IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02118-LTB

JEREMY PINSON,

    Plaintiff,

v.

DAVID BERKABILE,
CHARLES SAMUELS,
NEWTON KENDIG,
PAUL LAIRD,
BLAKE DAVIS,
JOHN RATHMAN,
LEE GREEN, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 5, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of September, 2012.

                            FOR THE COURT,

                            GREGORY C. LANGHAM, Clerk

                            By: s/L. Gianelli
                                Deputy Clerk